IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MILES O. BONTY, | ) | No. C 09-5797 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| A. HEDGPETH, | ) | |
| Respondent. | ) | |

The Court has dismissed the instant petition for a writ of habeas corpus. Therefore, judgment is entered in favor of Respondent. Petitioner shall take nothing by way of his petition. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: __5/24/11_____

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.09\Bonty797jud.wpd